IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KRISTINA TRIPP, THOMAS MCFATTER,
MICHAEL MURRERO-DELGADO,
AMBER AHNE, AMBER LYN TIDWELL, CONRAD FORRENCE,
PAULA COOPER, CAMERON WILSON, JOSHUA FOSTER, and
NORMANDO BROWN,**
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                                                                       **CASE NO.: 5:22-cv-254**

**TOMMY FORD, SHERIFF OF BAY COUNTY, FLORIDA,**

    Defendant.
_____

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, PANAMA CITY DIVISION:

    Defendant, Tommy Ford, in his official capacity as Sheriff, Bay County, Florida, (hereinafter, "Sheriff'), pursuant to the provisions of 28 U.S.C. §1446 and N.D. Local Rule 7.2, give Notice of Removal of this action

pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, to the U.S. District Court, Northern District of Florida, Panama City Division. In support of this Notice, Defendant provides the following grounds for removal:

1. The Sheriff is named in the matter of *Kristina Tripp, Thomas McFatter, Michael Murrero-Delgado, Amber Ahne, Amber Lyn Tidwell, Conrad Forrence, Paula Cooper, Cameron Wilson, Joshua Foster, and Normando Brown, individually and on behalf of all others similarly situated, Plaintiffs, v. Tommy Ford, in his official capacity as Sheriff, Bay County,* Case No. 19-CA-3820, pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida. A copy of the Motion for Leave to File Fourth Amended Complaint (no ruling has been issued yet), the Fourth Amended Complaint, the original summons served on the Sheriff initiating the case, and the Notice of Filing Notice of Removal in Bay Circuit Court are attached hereto as Exhibits "A", "B", "C", and "D", respectively, and are incorporated herein by reference.

2. Plaintiff's initial Complaint was served on the Sheriff on November 8, 2019. The Fourth Amended Complaint, which has not been accepted by the Circuit Court but was filed on October 10, 2022 with the Circuit Court along with a Motion for Leave to Amend, put the Defendant

Sheriff on notice that Plaintiffs intend to allege Constitutional and Federal claims thus triggering the removal process, states in paragraph 1 that these claims are "brought under the common law of Florida, **the Eighth and Fourteenth Amendments of the United States Constitution, 42 U.S.C. § 1983, 42 U.S.C. § 1986, and 42 U.S.C. §1988**." (emphasis supplied).

3. This Notice of Removal is filed within 30 days of notice that Plaintiffs intend to bring federal claims against the Defendant as required by 28 U.S.C. § 1446(b)(1).

4. This Court has original jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §§ 1331 and 1343, which are subject to removal to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441 and § 1443, in that Plaintiffs have alleged violations of civil rights laws of the United States. This Court has supplemental jurisdiction over Plaintiffs' Florida statutory and common law claims under the provisions of 28 U.S.C. § 1367.

5. Notice of Filing the Notice of Removal and a copy of this Notice of Removal will be filed with the Clerk of the Fourteenth Judicial Circuit of the State of Florida, in and for Bay County and served on Plaintiffs, this 1st day of November 2022.

Dated this 1st day of November 2022.

WARNER LAW FIRM, P. A.

***/s/ Jennifer A. Hawkins***
JENNIFER A. HAWKINS
Florida Bar No. 17694
Alyssa M. Yarbrough
Florida Bar No. 0103407
TIMOTHY M. WARNER
Florida Bar No. 0642363
501 West 11th Street, Suite A
Post Office Box 1820 (32402)
Panama City, Florida 32401
Phone No. (850) 784-7772
pleadings@warnerlaw.us
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed this 1st day of November 2022, via the CM/ECF, which will send notice to all counsel of record.

***/s/ Jennifer Hawkins***
JENNIFER HAWKINS
Florida Bar No. 17694
