IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KRISTINA TRIPP, THOMAS MCFATTER, MICHAEL MURRERO-DELGADO, AMBER AHNE, AMBER LYN TIDWELL, CONRAD FORRENCE, PAULA COOPER, CAMERON WILSON, JOSHUA FOSTER, and NORMANDO BROWN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

TOMMY FORD, SHERIFF OF BAY COUNTY, FLORIDA,

    Defendant.

CASE NO.: 5:22-cv-254-AW-MJF

## NOTICE OF FILING

Defendant, Tommy Ford, in his official capacity as Sheriff of Bay County, Florida, pursuant to N.D. Fla. Loc. R. 7.2 (A), hereby files the following documents, which are copies of each paper filed or served in the case styled *Kristina Tripp, Thomas McFatter, Michael Murrero-Delgado, Amber Ahne, Amber Lyn Tidwell, Conrad Forrence, Paula Cooper, Cameron Wilson, Joshua Foster, and Normando Brown, individually and on behalf of*

*all others similarly situated v. Tommy Ford, Sheriff of Bay County, Florida*, Case No.: 2019-CA-003820, in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, as follows:

1. Civil Cover Sheet

2. Initial Complaint

3. Summons issued – Division of Risk Management

4. Summons issued – Tommy Ford

5. Receipt for Filing Fee

6. Jury Demand

7. Notice of Appearance for Warner Law Firm

8. Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative Motion for More Definite Statements and/or Motion to Stay and Motion to Strike

9. Defendant's Motion to Strike Plaintiff's Request for the Award of Attorney Fees

10. Notice of Hearing

11. Return of Service – Tommy Ford

12. Notice of Cancellation of Hearing

13. Notice of Hearing

14. Response to Defendant's Motion to Dismiss Complaint, or in the Alternative Motion for More Definite Statement and/or Motion to Stay and Motion to Strike with Incorporated Memorandum of Law

15. Cover Letter

16. Order Granting Defendant's Motion to Dismiss Plaintiff's Complaint and Motion to Strike

17. Order Granting Defendant's Motion to Strike Plaintiff's Request for the Award of Attorney's Fees

18. First Amended Complaint

19. Motion to Dismiss Plaintiffs' Amended Complaint, or in the Alternative Motion for Mote Definite Statement and/or Motion to Stay and Motion to Strike

20. Motion to Strike Plaintiff's Request for the Award of Attorney's Fees from the Amended Complaint

21. Notice of Hearing

22. Amended Notice of Hearing

23. Second Amended Notice of Hearing

24. Response to Defendant's Motion to Dismiss Amended Complaint, or in the Alternative Motion for More Definite Statement and/or Motion to Stay and Motion to Strike with Incorporated Memorandum of Law

25. Order Granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Motion to Strike

26. Cover Letter

27. Second Amended Complaint

28. Notice of Filing

29. Transcript of Hearing on July 30, 2020

30. Motion to Dismiss Plaintiff's Second Amended Complaint and Motion to Strike

31. Notice of Hearing

32. Order of Recusal

33. Notice of Hearing

34. Motion to Appear Telephonically

35. Order on Motion to Appear Telephonically

36. Memorandum of Law on Sovereign Immunity Issue Only

37. Order Dismissing Second Amended Complaint with Leave to Amend

38. Returned Mail

39. Plaintiff's Motion for Two Day Extension of Time to File Third Amended Complaint

40. Third Amended Complaint

41. Motion to Dismiss Plaintiffs' Third Amended Complaint

42. Notice of Hearing

43. Plaintiffs' Response to Sheriff's Motion to Dismiss Third Amended Complaint

44. Order Denying Motion to Dismiss Plaintiffs' Third Amended Complaint

45. Returned Mail

46. Notice of Filing

47. Transcripts of Hearing on March 5, 2020

48. Defendant's Motion to Reconsider Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint and Motion to Strike

49. Defendant's Motion for Enlargement of Time to Answer Third Amended Complaint

50. Notice of Hearing

51. Plaintiffs' Response to Sheriff's Motion to Reconsider

52. Plaintiffs' Notice of Correction to Case Citation

53. Order Denying Defendant's Motion to Reconsider Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint and Motion to Strike and Order Granting Defendant's Motion for Enlargement of Time to Answer Third Amended Complaint

54. Cover Letter

55. Defendant Sheriff's Answer and Defendants to Plaintiff's Third Amended Complaint

56. Motion for Leave to File Fourth Amended Complaint

57. State Notice of Removal to Federal Court

Dated this 9th day of November 2022.

           WARNER LAW FIRM, P. A.

           */s/ Jennifer A. Hawkins*
           JENNIFER A. HAWKINS
           Florida Bar No. 17694
           Alyssa M. Yarbrough
           Florida Bar No. 0103407
           TIMOTHY M. WARNER
           Florida Bar No. 0642363
           501 West 11th Street, Suite A
           Post Office Box 1820 (32402)
           Panama City, Florida 32401
           Phone No. (850) 784-7772
           pleadings@warnerlaw.us
           *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed this 9th day of November 2022, via the CM/ECF, which will send notice to all counsel of record.

           */s/ Jennifer Hawkins*
           JENNIFER HAWKINS
           Florida Bar No. 17694