IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KRISTINA TRIPP, et al.,**

    **Plaintiffs,**

v.   Case No. 5:22-cv-254-AW-MJF

**TOMMY FORD, SHERIFF OF BAY COUNTY, FLORIDA,**

    **Defendant.**

_____/

## ORDER REMANDING CASE AND CLOSING THE FILE

Based upon the court's earlier order, ECF No. 22, and having considered Tommy Ford's response, ECF No. 23, the court now GRANTS the motion to remand (ECF No. 14) and orders this case be remanded for lack of subject-matter jurisdiction. The clerk will take the appropriate steps to remand this case to the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida. The clerk will then close the file.

SO ORDERED on February 24, 2023.

                                                         s/ *Allen Winsor*
                                                         United States District Judge